# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALEX IS THE BEST, LLC, | ) |
|                   Plaintiff, | ) |
| | ) |
|    v. | ) |
| | ) C.A. No. 16- 772 RGA |
| TCT MOBILE, INC., | ) |
| TCT MOBILE (US) INC., and | ) |
| TCT MOBILE (US) HOLDINGS INC., | ) |
| | ) |
|                   Defendants. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Alex is the Best, LLC and Defendants TCT Mobile, Inc. and TCT Mobile (US) Inc., by and through their undersigned counsel, and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1), all claims and counterclaims in this action between Plaintiff and the Defendants are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees in this action. All claims, allegations, and/or prayers for relief between Plaintiff and former-Defendant TCT Mobile (US) Holdings Inc. were previously dismissed on January 20, 2017. (Dkt. No. 25.)

| BAYARD, P.A. | PHILLIPS GOLDMAN MCLAUGHLIN & HALL, P.A. |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ John C. Phillips, Jr.* |
| Stephen B. Brauerman (No. 4952) | John C. Phillips, Jr. (#110) |
| Sara E. Bussiere (No. 5725) | jcp@pgmhlaw.com |
| 600 N. King Street, Suite 400 | David A. Bilson (#4986) |
| Wilmington, DE 19801 | dab@pgmhlaw.com |
| (302) 655-5000 | 1200 North Broom Street |
| sbrauerman@bayardlaw.com | Wilmington, Delaware 19806 |
| sbussiere@bayardlaw.com | (302) 655-4200 |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Hao Ni | Craig S. Summers (Admitted *Pro Hac Vice*) |
| Texas Bar No. 24047205 | craig.summers@knobbe.com |
| hni@nilawfirm.com | Alan G. Laquer (Admitted *Pro Hac Vice*) |
| NI, WANG & MASSAND, PLLC | alan.laquer@kmob.com |
| 8140 Walnut Hill Ln., Ste. 500 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dallas, TX 75231 | 2040 Main Street, Fourteenth Floor |
| Tel: (972) 331-4600 | Irvine, CA 92614 |
| Fax: (972) 314-0900 | (949) 760-0404 |
| *Attorneys for Plaintiff Alex Is The Best, LLC* | *Attorneys for Defendants TCT Mobile, Inc. and TCT Mobile (US), Inc.* |

Dated: January 28, 2019

       **IT IS SO ORDERED** this _____ day of _____, 2019.

 

_____
United States District Judge